AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| DEVTOV GROUP, LLC <br><br>*Plaintiff(s)* <br> v. <br><br> DAVID EMMANUEL COHEN, MADAR GROUP USA LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO CAPITAL GROUP LLC F/K/A DEC PATRIMOINE LLC, FISHER LAND 22 LLC, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-cv-24511-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVCO MANAGEMENT LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>DEVTOV GROUP, LLC</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td> <em>Plaintiff(s)</em> </td><td>)<br>)</td><td></td></tr>
<tr><td> v. </td><td>)<br>)</td><td>Civil Action No. 26-cv-24511-AHS</td></tr>
<tr><td>DAVID EMMANUEL COHEN, MADAR GROUP USA<br>LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO<br>CAPITAL GROUP LLC F/K/A DEC PATRIMOINE<br>LLC, FISHER LAND 22 LLC, et al.</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td> <em>Defendant(s)</em> </td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Emmanuel Cohen
5815 North Bay Road
Miami Beach, Florida 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:      Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| DEVTOV GROUP, LLC | ) )  ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No. 26-cv-24511-AHS |
| DAVID EMMANUEL COHEN, MADAR GROUP USA LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO CAPITAL GROUP LLC F/K/A DEC PATRIMOINE LLC, FISHER LAND 22 LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FISHER LAND 23 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jun 30, 2026

Date: _____



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| DEVTOV GROUP, LLC<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>DAVID EMMANUEL COHEN, MADAR GROUP USA<br>LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO<br>CAPITAL GROUP LLC F/K/A DEC PATRIMOINE<br>LLC, FISHER LAND 22 LLC, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 26-cv-24511-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FISHER LAND 4 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jun 30, 2026

Date: _____



**SUMMONS**

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DEVTOV GROUP, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-24511-AHS |
| | ) | |
| DAVID EMMANUEL COHEN, MADAR GROUP USA LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO CAPITAL GROUP LLC F/K/A DEC PATRIMOINE LLC, FISHER LAND 22 LLC, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FISHER LAND 5 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DEVTOV GROUP, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-24511-AHS |
| | ) | |
| DAVID EMMANUEL COHEN, MADAR GROUP USA LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO CAPITAL GROUP LLC F/K/A DEC PATRIMOINE LLC, FISHER LAND 22 LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FISHER LAND 7 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jun 30, 2026

Date: _____



**SUMMONS**

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DEVTOV GROUP, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-24511-AHS |
| | ) | |
| DAVID EMMANUEL COHEN, MADAR GROUP USA | ) | |
| LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO | ) | |
| CAPITAL GROUP LLC F/K/A DEC PATRIMOINE | ) | |
| LLC, FISHER LAND 22 LLC, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FISHER LAND 22 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| DEVTOV GROUP, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-24511-AHS |
| | ) | |
| DAVID EMMANUEL COHEN, MADAR GROUP USA | ) | |
| LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO | ) | |
| CAPITAL GROUP LLC F/K/A DEC PATRIMOINE | ) | |
| LLC, FISHER LAND 22 LLC, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FISHER LAND 3 LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DEVTOV GROUP, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Civil Action No. 26-cv-24511-AHS |
| DAVID EMMANUEL COHEN, MADAR GROUP USA LLC, DAVCO MANAGEMENT LLC F/K/A DAVCO CAPITAL GROUP LLC F/K/A DEC PATRIMOINE LLC, FISHER LAND 22 LLC, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MADAR GROUP USA LLC
4040 NE 2nd Avenue, The Moore Building Unit 351
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie J. Lott
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jun 30, 2026



**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court